| **Fill in this information to identify your case:** | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| DISTRICT OF OREGON | | |
| Case number *(if known)* _____ | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **Level 3 Homes & Design, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Tiny Innovations** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0954193** |

| 4. | Debtor's address | **Principal place of business**  **9002 N. Sever Ct.**  **Portland, OR 97203**  Number, Street, City, State & ZIP Code  **Multnomah**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **9002 N. Sever Ct. Portland, OR 97203**  Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | **www.innovativetiny.com** |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |
|---|---|---|

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3133__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

| Debtor | **Level 3 Homes & Design, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Level 3 Homes & Design, LLC** | Case number (*if known*) |
|---|---|---|
|  | Name |  |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 24, 2020**
MM / DD / YYYY

**X** **/s/ Jeremy Killian**                                       **Jeremy Killian**
Signature of authorized representative of debtor       Printed name

Title  **Member**

**18. Signature of attorney**

**X** **/s/ Nicholas J. Henderson OR:**                     Date  **January 24, 2020**
Signature of attorney for debtor                                     MM / DD / YYYY

**Nicholas J. Henderson OR: 074027**
Printed name

**Motschenbacher & Blattner, LLP**
Firm name

**117 SW Taylor St., Suite 300**
**Portland, OR 97204**
Number, Street, City, State & ZIP Code

Contact phone  **(503) 417-0500**     Email address

**OR: 074027 OR**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

**Fill in this information to identify the case:**

Debtor name     **Level 3 Homes & Design, LLC**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 24, 2020**         X **/s/ Jeremy Killian**
                                                Signature of individual signing on behalf of debtor

                                             **Jeremy Killian**
                                             Printed name

                                             **Member**
                                             Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Level 3 Homes & Design, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Brian Azur** 1680 Jonive Road Sebastopol, CA 95472 | **Michael McGean** mike@francishansen.com 541-389-5010 | **Loan / Judgment** | | | | $55,121.50 |
| **Camps Lumber & Building Supply, Inc.** c/o Jim Baker, Reg. Agent 2414 NE Division St. Gresham, OR 97030 | **Mike Nguyen** hrcampslumber@gmail.com 503-665-1138 | **Materials Purchased** | | | | $11,955.20 |
| **Dunn Carney Allen & Higgins LLP** 851 SW 6th Avenue Suite #1500 Portland, OR 97204 | **William Joseph** bjoseph@dunncarney.com 503-417-5376 | **Legal Fees** | | | | $24,123.96 |
| **Ferguson Enterprises, Inc.** PO Box 847411 Dallas, TX 75284 | **Alyissa Ramirez** aylissa@ferguson.com 208-855-2053 | **Materials Purchased** | | | | $12,977.61 |
| **Franklin Capital Funding, LLC** 32300 Northwestern Hwy. Farmington, MI 48334 | **Howard Levine** hlevine@sussmanshank.com 503-243-1637 | **All Assets** | **Unliquidated Disputed** | $1,600,000.00 | Unknown | $1,600,000.00 |
| **Home Depot** 11633 NE Glenn Widing Portland, OR 97220 | **Accounts Payable** n/a 866-875-5488 | **Credit Card** | | | | $11,194.61 |
| **Lakeside Lumber** 10600 SW Tualatin Sherwood Rd Tualatin, OR 97062 | **Mary Bone** mary@lakesidelumber.com 503-635-3693 | **Materials Purchased** | | | | $47,004.64 |

Debtor **Level 3 Homes & Design, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lance Evic<br>2890 N. Fennimore Ave.<br>Tucson, AZ 85749 | Matthew Arbaugh<br><br>matt@arbaugh-law.com<br>971-238-3556 | Insider Stock Purchase Debt | Contingent Disputed | | | $348,453.75 |
| Liberty Mutual Insurance<br>PO Box 91013<br>Chicago, IL 60680 | Accounts Payable<br><br>n/a<br>866-260-2620 | Insurance | | | | $16,624.78 |
| Marine Lumber Co.<br>11800 SW Myslony<br>Tualatin, OR 97062 | Tracy Tiderman<br><br>tracyt@marinelumberco.com<br>503-692-4150 | Purchases Made | | | | $39,747.09 |
| New Frontier Tiny Homes<br>1505 Cedar Lane Unit A<br>Nashville, TN 37212 | David Latimer<br><br>david@newfrontiertinyhomes.com<br>312-613-9761 | Contract | | | | $11,916.16 |
| Norstar Business Center<br>PO Box 1696<br>Beaverton, OR 97075 | Dave Kiersey<br><br>davek@kierseyandmcmillan.com<br>503-524-7730 | Services Rendered | | | | $39,068.00 |
| North American Bancard<br>Attn: Laura Pernicairo<br>250 Stephenson Highway<br>Troy, MI 48083 | Accounts Payable<br><br>n/a<br>248-283-1020 | Credit Card | | | | $39,068.00 |
| Northwest Laundry Supply, Inc.<br>624 N. Fancher Rd.<br>Spokane, WA 99212 | Craig Moore<br><br>craigm@northwestlaundry.com<br>509-487-4800 | Services Rendered | | | | $28,081.85 |
| Pella Window & Door Co.<br>5600 SW Arctic Dr., #120<br>Beaverton, OR 97005 | Malanie LaDuke<br><br>ladukeml@pella.com<br>630-457-2413 | Purchases Made | | | | $19,000.00 |
| Stockbridge Airport Way, LLC<br>c/o CT Corporation System<br>780 Commercial St. SE<br>Suite 100<br>Salem, OR 97301 | Terri Wallace<br><br>terri.wallace@colliers.com<br>503-499-0096 | Business Debt | Unliquidated Disputed | | | $328,912.56 |

Debtor **Level 3 Homes & Design, LLC**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Structural Artiste LLC** c/o Iesey Pustovit, Reg. Agent 10500 SE Hillcrest Dr. Happy Valley, OR 97086 | **Iesey Pustovit** structuralartiste@gmail.com 971-271-1065 | **Trade Debt** | | | | $45,949.41 |
| **Summit Trailer Manufacturing, Inc.** 4530 NE 148th Ave Portland, OR 97230 | **Greg Swanson** greg@summittrailermfg.com 971-279-2006 | **Trade Debt** | | | | $33,610.00 |
| **The Bleeker Family Trust** 10 Town Plaza #123 Durango, CO 81301 | **Matthew Arbaugh** matt@arbaugh-law.com 971-238-3556 | **Insider Stock Purchase Debt** | **Contingent Disputed** | | | $281,918.75 |
| **Truma Corp** 825 E Jackson Blvd Elkhart, IN 46516 | **Brian Weiss** b.weiss@trumacorp.com 855-558-7862 Ext. 104 | **Trade Debt** | | | | $13,782.17 |

**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Of Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. |
|---|---|
| LEVEL 3 HOMES & DESIGN, LLC | CERTIFICATE OF SERVICE RE: U.S. TRUSTEE |
| Debtor. | |

    I hereby certify that on December 10, 2019, I prepared a copy of the List of Creditors Holding 20 Largest Unsecured Claims and have carefully compared the same with the original thereof and it is a correct copy therfrom and of the whole thereof. I further certify that this office prepared mailing labels addressed to Debtor, Debtor's Attorney and each contact person for each creditor listed in the List of Creditors Holding 20 Largest Unsecured Claims.

I hereby certify that I served the above on the U.S. Trustee, 620 SW Main Street, Rm. 213, Portland, OR 97205, by email to ustpregion18.pl.ecf@usdoj.gov and by mailing a copy of the above-named document and labels to the U.S. Trustee in a sealed envelope, addressed to the U.S. Trustee at the U.S. Trustee's last known address. Said envelope was deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

    Dated:  January 27, 2020

                                  MOTSCHENBACHER & BLATTNER LLP

                                  /s/ Nicholas J. Henderson
                                  Nicholas J. Henderson, OSB No. 074027
                                  Of Proposed Attorneys for Debtor

Page 1 – CERTIFICATE OF SERVICE

**Motschenbacher & Blattner, LLP**
**117 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Phone: (503) 417-0500**
**Fax: (503) 417-0501**