**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Of Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 20-30271-tmb11 |
|---|---|
| LEVEL 3 HOMES & DESIGN, LLC, | STATEMENT REGARDING SMALL BUSINESS DOCUMENTS |
| Debtor. | |

The attached financial statements for Level 3 Homes & Design, LLC ("L3H") are in draft form, and are the only financial statements available pertaining to the Debtor. The financial statements show, on a consolidated basis, the financial information of L3H and Heirloom, Inc. ("Heirloom"), L3H's affiliate. The attached financial statements are subject to change based on new or additional information discovered.

DATED: February 18, 2020

    MOTSCHENBACHER & BLATTNER LLP

    /s/ Nicholas J. Henderson
    Nicholas J. Henderson, OSB #074027
    Telephone: 503-417-0508
    E-mail: nhenderson@portlaw.com
    Of Attorneys for Debtor

Page 1 of 1    STATEMENT REGARDING SMALL BUSINESS DOCUMENTS

{00339187:2}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30271-tmb11    Doc 42    Filed 02/18/20

# Level 3 Homes and Design
# Balance Sheet
## As of December 31, 2019
### ****Draft****

|  | Dec 31, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Level One Bank | 31,224.58 |
| UmpQua | 74,246.33 |
| **Total Checking/Savings** | 105,470.91 |
| **Accounts Receivable** | |
| 1100 · Accounts Receivable | 0.00 |
| **Total Accounts Receivable** | 0.00 |
| **Other Current Assets** | |
| 1101 · TIMFG - Other Receivable | 35,082.00 |
| 1201 · Prepaid Expense | 6,151.90 |
| 1250 · Inventory Assets | 102,955.72 |
| **Total Other Current Assets** | 144,189.62 |
| **Total Current Assets** | 249,660.53 |
| **Fixed Assets** | |
| 1300 · Fixed Assets | 345,157.29 |
| Accumulated Depreciation | -80,210.00 |
| Accumulated Amortization | -50,775.00 |
| **Total Fixed Assets** | 214,172.29 |
| **TOTAL ASSETS** | 569,303.73 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 558,279.56 |
| **Total Accounts Payable** | 558,279.56 |
| **Other Current Liabilities** | |
| 2300 · Payroll Liabilities | 326,760.60 |
| Fanklin Capital | 1,350,000.00 |
| **Total Current Liabilities** | 1,676,760.60 |
| **Total Liabilities** | 2,235,040.16 |
| **Equity** | |
| 3999 · Retained Earnings | -1,296,561.11 |
| Net Income | -369,175.32 |
| **Total Equity** | -1,665,736.43 |
| **TOTAL LIABILITIES & EQUITY** | 569,303.73 |