**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Of Attorneys for Level 3 Homes & Design, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| In re: | Case No. 20-30271-tmb11 |
|---|---|
| LEVEL 3 HOMES & DESIGN, LLC, <br><br> Debtor. | FOURTH MOTION TO EXTEND DEADLINE TO FILE MISSING DOCUMENTS |

Level 3 Homes & Design, LLC (the "Debtor"), hereby moves this Court for the entry of an Order extending the deadline by which missing documents must be filed. In support of the motion, Debtor asserts the following:

1. Debtor has been working diligently with counsel to complete its statement of financial affairs and schedules.

2. Debtor is continuing to gather the information necessary in order to complete its statement of financial affairs and schedules.

/ / / / /

/ / / / /

/ / / /

/ / / / /

Page 1 of 2
{00341006:1}
FOURTH MOTION TO EXTEND DEADLINE

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30271-tmb11    Doc 48    Filed 02/21/20

WHEREFORE, the Debtor prays for the Court to enter an Order in the form attached hereto as Exhibit A, for the following:

1) Extend the deadline by which the Debtor's missing documents must be filed from February 21, 2020 to February 24, 2020.

DATED: February 21, 2020

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0517
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

Page 2 of 2
{00341006:1}
FOURTH MOTION TO EXTEND DEADLINE

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30271-tmb11    Doc 48    Filed 02/21/20

**EXHIBIT A**

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 20-30271-tmb11 |
|---|---|
| LEVEL 3 HOMES & DESIGN, LLC,<br><br>Debtor. | ORDER GRANTING FOURTH MOTION TO EXTEND DEADLINE TO FILE MISSING DOCUMENTS |

THIS MATTER having come before the Court on the Fourth Motion to Extend Deadline to File Missing Documents filed by Level 3 Homes & Design, LLC ("Debtor"). The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 1 of 2
{00341006:1}
ORDER GRANTING FOURTH MOTION TO EXTEND DEADLINE

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30271-tmb11    Doc 48    Filed 02/21/20

IT IS HEREBY ORDERED as follows:

1) Debtor's Fourth Motion to Extend Time to File Missing Documents is GRANTED.

2) The Debtor shall file its schedules and statement of financial affairs by February 24, 2020.

Order Presented by:

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0508
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

**PARTIES TO SERVE:**

| **Via ECF:** | **Via First-Class Mail:** |
|---|---|
| Howard M. Levine<br>U.S. Trustee, Portland | None. |

Page 2 of 2
{00341006:1}
ORDER GRANTING FOURTH MOTION TO EXTEND DEADLINE

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30271-tmb11    Doc 48    Filed 02/21/20