Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | Bankruptcy Case Nos.: |
| Level 3 Homes & Design, LLC, | 20-30271-tmb11 (Lead Case) |
| and | 20-30272-tmb11 |
| Heirloom, Inc., | Jointly Administered Under Case No. 20-30271-tmb11 |
| Debtors. | **ORDER SETTING DEADLINES TO FILE DISCLOSURE STATEMENT, PLAN OF REORGANIZATION, AND PRODUCE DOCUMENTS** |

Following the Case Management Conference on March 10, 2020, the

Honorable Trish M. Brown, having reviewed the file and considered the

representations of the parties at the hearing, and good cause appearing,

IT IS HEREBY ORDERED that:

a. The deadline for the Debtors to file Disclosure Statements

**Page 1 of 3 – ORDER SETTING DEADLINES TO FILE DISCLOSURE STATEMENT, PLAN OF REORGANIZATION, AND PRODUCE DOCUMENTS**

and Plans of Reorganization, whether filed jointly or separately, is July 25, 2020;

  b.  No later than March 17, 2020, Debtors shall produce to the United States Trustee the following:

   i. All QuickBooks Data Files for Debtors' business;

   ii. User IDs and passwords for the QuickBooks files;

   iii. All bank statements within Debtors' possession, custody, or control, excluding any documents that Debtors must obtain by subpoena, for one year prior to the filing of the above-captioned bankruptcy cases for each of the following accounts:

    1. Level One Bank -6701;
    2. Level One Bank -6719;
    3. Chase Bank -1003;
    4. Riverview Community Bank -8823;
    5. Riverview Community Bank -8849;
    6. Umpqua Bank -6264;
    7. Umpqua Bank -7463;
    8. Umpqua Bank -5280;
    9. Chase Bank -0717;
    10. Chase Bank -5910;
    11. Chase Bank -5957;
    12. Chase Bank -5973;
    13. Chase Bank -6288;
    14. Chase Bank -8951;
    15. Chase Bank -9816;
    16. Puget Sound Cooperative CU -0001;
    17. Puget Sound Cooperative CU -0009;
    18. Chase Bank -9582;
    19. Chase Bank -3579; and

   iv. Evidence that a subpoena has been issued to the relevant banking institution for any records described above that are not in Debtor's possession, custody, or control;

  c. Bank statements for the accounts described in Paragraph b above must be produced in the form of a single PDF document for each bank account with the bank statements in chronological order;

  d. No later than March 24, 2020, Debtors must file any necessary amendments to their schedules and/or statements of financial affairs.

###

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Christian A. Torimino
CHRISTIAN A. TORIMINO
WSBA #52927, Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Rm. 213
Portland, OR  97205
Telephone: (503) 326-7659
Email:  Christian.torimino@usdoj.gov

Service List:

 All ECF Participants

**Page 3 of 3 – ORDER SETTING DEADLINES TO FILE DISCLOSURE STATEMENT, PLAN OF REORGANIZATION, AND PRODUCE DOCUMENTS**