**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0521

Of Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>LEVEL 3 HOMES & DESIGN, LLC,<br><br>and<br><br>HEIRLOOM, INC,<br><br>Debtors. | Bankruptcy Case Nos.<br><br>20-30271-tmb11 (Lead Case)<br><br>20-30272-tmb11<br><br>Jointly Administered<br><br>MOTION TO EXTEND TIME TO FILE RULE 2015 FINANCIAL REPORT |

Level 3 Homes & Design, LLC and Heirloom, Inc. (collectively, "***Debtors***"), hereby move this Court for the entry of an Order extending the deadline by which the Rule 2015 Financial Report (the "Report") must be filed from March 23, 2020 to March 31, 2020. In support of the motion, Debtors assert the following:

1. Debtors and counsel have been working together diligently to complete the monthly operating report.

2. Debtors needs to obtain employee information and financial projections in order to complete an accurate monthly operating report.

/ / / / /

Page 1 of 2   MOTION TO EXTEND TIME

{00351338:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30271-tmb11    Doc 75    Filed 03/23/20

WHEREFORE, the Debtors pray for the Court to enter an Order in the form attached hereto as **Exhibit 1**, extending the deadline by which the Debtors' Rule 2015 Financial Report must be filed, from March 23, 2020 to March 30, 2020.

DATED: March 23, 2020

        MOTSCHENBACHER & BLATTNER LLP

        /s/ Nicholas J. Henderson
        Nicholas J. Henderson, OSB #074027
        Telephone: 503-417-0508
        E-mail: nhenderson@portlaw.com
        Of Attorneys for Debtors

Page 2 of 2    MOTION TO EXTEND TIME

{00351338:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30271-tmb11    Doc 75    Filed 03/23/20

# EXHIBIT 1

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>LEVEL 3 HOMES & DESIGN, LLC,<br><br>and<br><br>HEIRLOOM, INC,<br><br>                      Debtors. | Bankruptcy Case Nos.<br><br>20-30271-tmb11 (Lead Case)<br><br>20-30272-tmb11<br><br>Jointly Administered<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE RULE 2015 FINANCIAL REPORT |

      THIS MATTER having come before the Court on Debtors' Motion to Extend Time to File Rule 2015 Financial Report filed by Level 3 Homes & Design, LLC and Heirloom, Inc. (collectively, "*Debtors*"). The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

/ / / / /

/ / / / /

/ / / / /

Page 1 of 2    ORDER GRANTING MOTION TO EXTEND TIME

{00351338:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30271-tmb11    Doc 75    Filed 03/23/20

IT IS HEREBY ORDERED as follows:

1) Debtors' Motion to Extend Time is GRANTED.

2) The Debtors s hall file their Rule 2015 Financial Report by March 30, 2020.

###

Order Presented by:

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0508
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtors

**PARTIES TO SERVE:**

**ECF Electronic Service:** All participants.

**Service via First-Class Mail:** None.

Page 2 of 2   ORDER GRANTING MOTION TO EXTEND TIME

{00351338:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30271-tmb11    Doc 75    Filed 03/23/20