Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

| | |
|---|---|
| In re:<br><br>LEVEL 3 HOMES & DESIGN, LLC, and<br><br>HEIRLOOM, INC,<br><br>                Debtors. | Bankruptcy Case Nos.<br><br>20-30271-tmb11<br><br>20-30272-tmb11<br><br>Jointly Administered Under Lead Case No. 20-30271-tmb11<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINES IN CASE MANAGEMENT ORDER |

      THIS MATTER having come before the Court on Debtors' Motion to Extend Deadlines in Case Management Order (the "*Motion*") [ECF No. 77] filed by Level 3 Homes & Design, LLC and Heirloom, Inc. (collectively, "*Debtors*"). The Court having reviewed the Motion, and being otherwise duly advised; now, therefore,

/ / / / /

/ / / / /

Page 1 of 2
{00351331:2}

ORDER GRANTING MOTION TO EXTEND DEADLINES IN CASE MANAGEMENT ORDER

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30271-tmb11    Doc 78    Filed 03/26/20

IT IS HEREBY ORDERED as follows:

1) The Motion is GRANTED;

2) The deadline by which the Debtors must provide bank statements and QuickBooks files to the United States Trustee is extended to March 31, 2020; and

3) The deadline by which the Debtors must file their amended schedules and statement of financial affairs is extended to March 31, 2020.

###

Order Presented by:

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0508
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtors

**PARTIES TO SERVE:**

**ECF Electronic Service:** All participants.

**Service via First-Class Mail:** None.

Page 2 of 2
{00351331:2}

ORDER GRANTING MOTION TO EXTEND DEADLINES IN CASE MANAGEMENT ORDER

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30271-tmb11    Doc 78    Filed 03/26/20